# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN HONDA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., and DOES 1 TO 25,<br><br>　　　　Defendants. | Case No. 4:22-cv-03160-HSG<br>[*Marin County Superior Court Case No.: CIV2104162*]<br><br>[Reassigned to Hon. Haywood S. Gilliam, Jr., District Judge]<br><br>**ORDER MODIFYING AMENDED SCHEDULING ORDER**<br><br>Complaint Filed: December 14, 2021<br>First Amended Complaint Filed: March 28, 2022 |

The Court, having read and considered the Parties' Stipulation to Modify the Court's Amended Scheduling Order dated January 17, 2023, and good cause appearing therefore, rules as follows:

IT IS HEREBY ORDERED THAT PRETRIAL AND TRIAL DATES ARE EXTENDED AS FOLLOWS:

| | Current Date | New Date |
|---|---|---|
| Close of Fact Discovery | 03/14/2023 | 05/16/2023 |

- 1 -

**ORDER MODIFYING AMENDED SCHEDULING ORDER**

| | | |
|---|---|---|
| Exchange of Opening Expert Reports | 03/21/2023 | 05/23/2023 |
| Exchange of Rebuttal Expert Reports | 04/18/23 | 06/20/2023 |
| ADR Completion Date | 04/03/2023 | 06/05/2023 |
| Close of Expert Discovery | 05/16/2023 | 07/11/2023 |
| Dispositive Motion Hearing Deadline | 07/20/2023; 2:00 p.m. | 09/21/2023; 2:00 p.m. |
| Pretrial Conference | 10/31/2023; 3:00 p.m. | 01/09/2024; 3:00 p.m. |
| Jury Trial (5 days) | 12/04/2023; 8:30 a.m. | 02/12/2024; 8:30 a.m. |

Any dates not modified by this Order remain as originally set.

IT IS SO ORDERED,

Dated:  3/17/2023

**HON. HAYWOOD S. GILLIAM, JR.**
**UNITED STATES DISTRICT JUDGE**