# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KRISTEN HONDA, | Case No. 4:22-cv-03160-HSG |
| --- | --- |
| Plaintiff, | [*Marin County Superior Court Case No.: CIV2104162*] |
| v. | [Reassigned to Hon. Haywood S. Gilliam, Jr., District Judge] |
| DOLLAR TREE STORES, INC., and DOES 1 TO 25, | **ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |
| Defendants. | |
| | Complaint Filed: December 14, 2021 |

**IT IS HEREBY ORDERED** that the Complaint of Plaintiff KRISTEN HONDA is hereby dismissed in its entirety, with prejudice.

Dated: 7/18/2023         By: _/s/ Haywood S. Gilliam, Jr._
HON. HAYWOOD S. GILLIAM, JR.
U.S. DISTRICT COURT JUDGE

- 1 -
**ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)**